

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2015

No. 04-15-00294-CR

Shauna Denay **RIPLEY,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR0670
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

Appellant's brief was due on July 17, 2015. *See* TEX. R. APP. P. 38.6(a). We granted Appellant's first motion for an extension of time to file the brief until August 17, 2015. On the due date, Appellant filed a second motion for an extension of time to file the brief until October 16, 2015, for a total extension of ninety days.

Appellant's motion is GRANTED IN PART. Appellant must file the brief not later than September 16, 2015. **NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED**.

If Appellant fails to file the brief as ordered, we may abate this appeal and remand it to the trial court for an abandonment hearing. *See id.* R. 38.8(b); *Samaniego v. State*, 952 S.W.2d 50, 52–53 (Tex. App.—San Antonio 1997, no pet.).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2015.



Keith E. Hottle
Clerk of Court